THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES E. HUSSEY, Respondent, *v.* ARTHUR WOODS, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Hussey* v. *Woods*, 169 App. Div. 146, affirmed.
(Argued September 29, 1915; decided October 19, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered July 30, 1915, which annulled on certiorari a determination of the police commissioner of the city of New York dismissing the relator from the police force of said city and reinstated said relator.

*Edward A. Freshman, Thomas F. Magner* and *Louis H. Hahlo* for appellant.

*Herbert C. Smyth, Frederick C. Scofield* and *Roderic Wellman* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and POUND, JJ. Taking no part: SEABURY, J.